

# Fourth Court of Appeals
## San Antonio, Texas

January 2, 2019

No. 04-18-00646-CV

**IN THE INTEREST OF J.A.R. JR., J.R.R. AND A.I.T.,**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-02660
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

 This is an accelerated appeal of an order terminating the appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The Department's brief was due to be filed on December 17, 2018. On December 21, 2018, the Department filed its brief and a motion for extension of time to file the brief. The motion is GRANTED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

 IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of January, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court